

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00046-CV

| | | |
|---|---|---|
| Marcus Hernandez and Diane Hernandez | § | From the 342nd District Court |
| | § | of Tarrant County (342-283463-16) |
| v. | | |
| | § | June 21, 2018 |
| Truck Insurance Exchange and Team Health, Inc. | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellees Truck Insurance Exchange and Team Health, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
　　Chief Justice Bonnie Sudderth